UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VOLFMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>MANSIONS OF GLORY HOSPITALITY LLC d/b/a BEYOND THE PALE and 53 SPRING STREET GROUP LLC,<br><br>　　　　　　　　　　Defendants. | 23-cv-09791 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:　January 3, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**